# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Lemmon, Mary A | 2. Court or Organization<br><br>Eastern District of LA | 3. Date of Report<br><br>06/09/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. District Courthouse<br>500 Poydras Street, C-406<br>New Orleans, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice-president/secretary | St.Charles Properties, Inc: A sub-chapter S |
| 2. General Partner | ███ Partnership |
| 3. General Partner | █████ Minerals Partnership |
| 4. General Partner | ███ Land Partnership |
| 5. Board Member Emeritus | Reconcile New Orleans |
| 6. Council Member | Louisiana State Law Institute |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1996 | Since July 26, 1996, I have been in the Louisiana State Employees Retirement System for State Judges |
| 2. | |
| 3. | |

RECEIVED 2006 AUG 21 A 10: 57 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2005 | La. State Employees Retirement System | $ 59,530.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | La. State Employees Retirement System |
| 2. 2005 | Self Employed (Legal Consultant) |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Bar Association | February 4 -14, 2005 Salt lake City, UT - Judicial Division Mid-Year Meeting (Transportation, Meals, Lodging) |
| 2. American Bar Association | March 14 - 15, 2005 Washington, DC - Meeting with Judicial Conference Executive Committee (Transportation, Meals, Lodging) |
| 3. American Bar Association | April 14 - 17, 2005 Newport Beach, CA - Judicial Division Spring Planning Meeting (Transportation, Meals, Lodging) |
| 4. American Bar Association | August 3 - 8, 2005 Chicago, IL - Judicial Division Annual Meeting (Transportation, Lodging) |
| 5. Louisiana Law Institute | November 18, 2005 Baton Rouge, LA - Law Institute Council Meeting (Mileage) |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 06/09/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 06/09/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Nat'l Bank of St. Charles-IRA Cash Equivalent Account | A | Interest | J | T | | | | | |
| 2. First Nat'l Bank of St. Charles-IRA Cash Equivalent Account | | None | J | T | | | | | |
| 3. First American Bank-IRA Cash Equivalent Account | A | Interest | K | T | | | | | |
| 4. First American Bank-IRA Cash Equivalent Account | B | Interest | K | T | | | | | |
| 5. Capital One Stock | C | Dividend | L | T | Partial Sale | 11/16 | K | | |
| 6. Hibernia Bank Checking | A | Interest | K | T | | | | | |
| 7. Hibernia Bank Checking | | None | J | T | | | | | |
| 8. First National Bank of St. Charles CD | B | Interest | | | Redeemed | 9/03 | J | | |
| 9. Oil Royalty - St. Charles Parish | F | Royalty | L | W | | | | | |
| 10. Ameriprise | B | Dividend | L | T | | | | | |
| 11. Ariel Common | A | Dividend | J | T | | | | | |
| 12. John Hancock Funds: Large Cap Equity A | | None | J | T | | | | | |
| 13. ▉▉▉▉ Partnership | A | Rent | J | W | | | | | |
| 14. Laura Plantation | | Dividend | K | W | | | | | |
| 15. U.S. Savings Bonds, Series, HH, transferred July 1994 | A | Interest | K | T | | | | | |
| 16. U.S. Savings Bonds Series E, inherited March 1994 | | None | K | T | | | | | |
| 17. 3.31% interest in Cutrone Carline Properties | C | Dividend | L | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2=$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 06/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ███Trust, Boutte Louisiana | | None | K | W | | | | | |
| 19. ███Partnership | | Rent | N | W | | | | | |
| 20. Legg Mason Tax Exempt Trust: Money Market | B | Interest | M | T | | | | | |
| 21. ███ Minerals Partnership | | None | J | W | | | | | |
| 22. First National Bank of St. Charles CD | | None | | | Redeemed | 01/02 | J | | |
| 23. Legg Mason Value Trust Mutual Fund | | None | J | T | | | | | |
| 24. Legg Mason Stocks: AT&T | A | Dividend | J | T | | | | | |
| 25. Alcoa | A | Dividend | J | T | | | | | |
| 26. J.P. Morgan Chase | B | Dividend | K | T | | | | | |
| 27. Vail Resorts | | None | J | T | | | | | |
| 28. BP Amoco PLC | B | Dividend | K | T | | | | | |
| 29. Legg Mason Bonds: BRAZOS RIVER AUTH TEX PCE | | None | | | Redeemed | 4/01 | K | | |
| 30. HOUMA LA UTIL REV FGIC BOOK ENTRY | | None | | | Sell | 03/07 | K | A | |
| 31. JEFFERSON LA SALES TAX DIST SPL SALES TAX REV RFDG-B-F | | None | | | Sell | 12/01 | J | | |
| 32. KENNER LA SALES TAX REV RFDG FGIC DTD | | None | | | Sell | 08/01 | K | | |
| 33. LOUISIANA PUB FACS AU HOSP REV OUR LADY LOURDES REGL MED M | | None | | | Sell | 02/01 | K | | |
| 34. LOUISIANA PUB FACS AU SHP RV | | None | | | Sell | 10/01 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 06/09/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 3457 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| REF WOMANS HSP FNDTN FGIC B/E | | | | | | | | | |
| 35. MATANUSKA SUSINTA BORO ALASKA B/O SER A MBIA-BOOK ENTRY | | None | | | Redeemed | 05/01 | K | A | |
| 36. WASHINGTON ST. HLTH CARE FACAU RV GROUP HLTH COOP PUGETSOU | | None | | | Sell | 12/20 | K | A | |
| 37. LOUISIANA ST. UNIV & AGRIC & MECHANICAL CLGE UNIV REVS AUX | | None | | | Redeemed | 07/01 | L | B | |
| 38. LOUISIANA STAD AND EXPO DIST HOTEL OCCUPANCY TAX & STAD RE | | None | | | Redeemed | 07/01 | L | A | |
| 39. SAINT CHARLES PAR LA ENVRNMTL IMPT REV LA PQR&LT CO PJ-SER | B | Interest | L | T | | | | | |
| 40. TANGIPAHOA PARISH LA HOSP SVC DIST #1 HOSP REV AMBAC | | None | | | Redeemed | 02/01 | L | A | |
| 41. Rental Property Orleans Parish | C | Rent | N | W | | | | | |
| 42. St. Charles Land Trust | A | Dividend | J | W | | | | | |
| 43. U.S. Savings Bonds, Series, HH | C | Interest | L | T | | | | | |
| 44. Whitney Bank Checking | | None | L | T | | | | | |
| 45. Legg Mason Stocks: Com Cast | | None | J | T | | | | | |
| 46. Legg Mason Bonds: VERMILION PARISH LA G/O | B | Interest | K | T | | | | | |
| 47. LAFAYETTE LA PUBLIC IMPT SALES TAX SER A | B | Interest | K | T | | | | | |
| 48. LAFAYETTE LA PUBLIC IMPT SALES TAX SER B | B | Interest | K | T | | | | | |
| 49. LAFAYETTE LA PUBLIC IMPT SALES TAX SER B | B | Interest | L | T | | | | | |
| 50. LA STATE UNIVERSITY & AGRIC | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,00 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 06/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| & MECHANICAL CLGE UNIV REV | | | | | | | | | |
| 51. EAST BATON ROUGE PARISH LA SALES & USE TAX PUB | B | Interest | K | T | | | | | |
| 52. Hibernia Stock (Inherited) | A | Dividend | J | T | | | | | |
| 53. Federal Home Loan Mortgage | D | Interest | M | T | | | | | |
| 54. Southlake Tere CTFS Obligation | A | Interest | K | T | | | | | |
| 55. Timberlane Tere Util Distr Glo | B | Interest | L | T | | | | | |
| 56. Virginie St. Res. Auth. | C | Interest | L | T | | | | | |
| 57. Walles Tere Indpt. Sch. Dist. Glo | A | None | K | T | | | | | |
| 58. Whitney National Bank Savings | A | Interest | K | T | | | | | |
| 59. Series HH/H Bonds | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A | 06/09/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I: Name of Organization/Entity, continued . . .
# 1 Corporation owned entirely by ████████ The corporation owns real estate, but there has been no business activity. I write checks for annual corporate fees and property taxes.

Part I: Name of Organization/Entity, continued . . .
#2 ████ Partnership

Part I: Name of Organization/Entity, continued
#3 ████ Limited Partnership

Part I: Name of Organization/Entity, continued . . .
#4 Land partnership: A ████ Partnership owning undeveloped marshland inherited. I was replaced as General Partner in 3/96. My ownership of the assets of the partnership were transferred to the ████ Partnership in 1994.

Part VII: page 4, line 5 Hibernia Stock converted to Capital One.

Part VII: page 4, line 10 APX Mutual now Ameriprise.

Part VII: page 4, line 56 listed "Vermilion Parish La." entry was deleted because it was a duplicate of Part VII, page 3, line 46.

Part VII: page 5 line 26 Bank One Corp now J.P. Morgan Chase.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur████████████████████████████████████    Date  8/14/06

NOTE: A███████████████████████████████████████OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544